RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/7/05
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ORIE KELLY, JR. | CIVIL ACTION NO. 05-0076 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's **Motion to Dismiss (Doc. 7)**, converted to a motion for summary judgment, is **GRANTED** and this civil action is **DISMISSED** as untimely.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 7th day of July, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE